# Tracy D. Cluck

Attorney at Law

www.tracyclucklawyer.com

12600 Hill Country Blvd., Suite R-275
Austin, Texas 78738

Telephone (512) 329-2615
Telecopier (512) 329-2604

ACCEPTED
03-14-00577-CR
6851975
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 3:43:04 PM
JEFFREY D. KYLE
CLERK

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 3:43:04 PM
JEFFREY D. KYLE
Clerk

September 9, 2015

Third Court of Appeals
P. O. Box 12547
Austin, TX 78711

Re:  *Nicole Dawn Holland v. The State of Texas*; No. 03-14-00577-CR;
     In The Third Court of Appeals—Austin

To The Honorable Court,

This letter certifies that I have, on August 27, 2015, forwarded a copy of the opinion and judgment, along with notification of appellant's right to file a pro se petition for discretionary review under Rule 68, to Appellant, Nicole Dawn Holland, by certified mail, return-receipt requested, to her last known address (Per TDCJ website 8/27/2015).

Attached hereto you will find a copy of the letter sent to Appellant, a certified mail receipt and a return receipt, in compliance with Rule 48.4 (return receipt received damaged).

Please let me know if the court requires anything further in this regard.

Respectfully submitted,

Tracy D. Cluck
Attorney for Appellant
Nicole Dawn Holland

Enclosure



# TRACY D. CLUCK

ATTORNEY AT LAW

Telephone (512) 264-9997

Post Office Box 855
Dripping Springs, Texas 78620

Toll Free (866) 380-9997

August 27, 2105

Nicole Dawn Holland, TDC #01962247
Linda Woodman State Jail
1210 Coryell City Rd.
Gatesville, TX 76528

Re: *Nicole Dawn Holland v. The State of Texas*; 03-14-00577-CR; In The
Court of Appeals for the Third District of Texas—Austin

Dear Ms. Holland,

Enclosed you will find a copy of the judgment and memorandum opinion of the
Third Court of Appeals at Austin affirming the revocation of your probation. I am sorry
that the decision of the appellate court is not favorable for you. The court has also
granted my motion to withdraw as your counsel. Therefore, I am closing your file in my
office and will not be doing anything further on your appeals.

My appointment does not include filing a petition for discretionary review with
the Texas Court of Criminal Appeals to appeal the decision of the Third Court of
Appeals. You have a right to file a petition for discretionary review with the Texas Court
of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure (the Texas
Rules of Appellate Procedure, which sets out the rules for filing a petition for
discretionary review with the Court of Criminal Appeals, should be available to you in
the prison law library). The address for the Texas Court of Criminal Appeals is P. O.
Box 12308, Austin, Texas 78711. If you desire to do this you will need to either hire an
attorney to do this for you or do this yourself (this is called pro se). This must be done
within thirty days of the date of the Court of Appeals judgment. However, you may
request a sixty-day extension, which is usually granted (a first extension is generally
routinely granted by the Court). Unlike your first appeal to the Court of Appeals, the
Texas Court of Criminal Appeals, which is the highest appellate court for criminal
matters in the state, is not required to accept your appeal.

There may be issues in your case that you can raise by a writ of habeas corpus. I
am not appointed to do a writ for you and you are not entitled to an appointed lawyer for
a writ. You will need to hire a lawyer to help you with a writ or pursue it yourself.

I have previously provided you with a complete copy of the reporter's record and
clerk's record in your case. You may also obtain your record from the Burnet County
District Clerk, 1701 E. Polk, Suite 90, Burnet, TX 78611-2757.

Please let me know if you have any questions or if I can be of any assistance.

With kindest regards,

Tracy D. Cluck

U.S. Mail, CMRRR # 7014 0150 0002 0750 3515

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

GATESVILLE TX 76528 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | $2.80 | 0033 |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 | 05 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | N/A N/A | |
| | $0.71 | 08/28/2015 |
| Total Postage & Fees | $ $6.96 | |

Sent To NECOLE HOLLAND
Street, Apt. No.; or PO Box No. 1210 Coryell Cty Rd.
City, State, ZIP+4 GATESVILLE, TX 76528

PS Form 3800, August 2006          See Reverse for Instructions

7014 0150 0002 0750 3515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NECOLE DAWN HOLLAND
TDCJ # 01982247
LINDA WOODMAN STATE JAIL
1210 COLYELL CITY RD.
GATESVILLE, TX 76528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8-31-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No